# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| PAULA J. KARAS, )<br>)<br>       PLAINTIFF )<br>)<br>v. )<br>)<br>BARBER FOODS, )<br>)<br>       DEFENDANT ) | CIVIL NO. 2:12-CV-392-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On February 28, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The time within which to file objections expired on March 18, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to dismiss based upon lack of subject matter jurisdiction is **GRANTED**.

Further, I place Paula J. Karas on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

    SO ORDERED.

    DATED THIS 16TH DAY OF APRIL, 2013

                                /S/D. BROCK HORNBY
                                **D. BROCK HORNBY**
                                **UNITED STATES DISTRICT JUDGE**